NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1052, 2010-1137, -1140

ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.,

Plaintiff-Cross Appellant,

v.

CANON, INC. and CANON U.S.A., INC.,

Defendants,

and

FUJI PHOTO FILM CO. LTD. (now FUJIFILM Corporation), FUJI PHOTO FILM U.S.A. INC. (now FUJIFILM North America Corporation), and FUJIFILM AMERICA INC. (now FUJIFILM Holdings America Corporation),

Defendants-Appellants.

Appeals from the United States District Court for the District of Delaware in case no. 03-CV-0241, Judge Joseph J. Farnan, Jr.

ON MOTION

ORDER

Upon consideration of the appellants' request to revise the official caption and the appellants' motion for an extension of time, until March 8, 2010, to file their opening brief,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

FEB 1 8 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Ronald J. Schutz, Esq.
Steven J. Routh, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 8 2010

JAN HORBALY
CLERK